UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CARLOS VELEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO.: _____ |
| SPRINT CORPORATION, a Foreign Profit Corporation[1], | ) ) ) ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant SPRINT CORPORATION, a Foreign Profit Corporation ("Sprint" or "Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, respectfully files this Notice of Removal giving notice it is removing this civil action to the United States District Court for the Middle District of Florida, Orlando Division. In support of this Notice of Removal, Defendant states as follows:

## PROCEDURAL ALLEGATIONS

1. On March 18, 2019, Plaintiff Carlos Velez ("Velez" or "Plaintiff"), filed a Complaint and Demand for Jury Trial (the "Complaint") in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, entitled *Carlos Velez v. Sprint Corporation, a Foreign Profit Corporation*, designated Case No. 2019-CA-3434 ("State Court Action").

2. On April 29, 2019, Sprint was served with a Summons and copy of the Amended Complaint. A copy of the Summons reflecting service is attached hereto as **Exhibit "A."** Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) within thirty

---

[1] The named Defendant, Sprint Corporation, is the incorrect Defendant named in this action. Counsel for Plaintiff has been notified that the correct Defendant, Sprint/United Management Company was the Plaintiff's actual employer. Counsel for Plaintiff has indicated that they intend to work with Defendant to appropriately substitute Plaintiff's actual former employer.

days (30) from the date on which Defendants were served with the Complaint.

3. A copy of all process, pleadings, and other papers on file in the State Court Action have been filed pursuant to Local Rule 4.02 and are attached hereto as Composite **Exhibit "B."** No other process, pleadings, orders or other papers or exhibits have been filed or served in the State Court Action. The judge presiding over the State Court Action has not entered any orders. There are no pending motions.

4. Removal is appropriate here based on federal question jurisdiction. Counts I and II of Plaintiff's Complaint allege violations of the Family and Medical Leave Act (hereinafter "FMLA"), 29 U.S.C. § 2601 *et seq*. *See* Plaintiff's Compl. ¶¶ 37- 53. Further, Counts III and VI of Plaintiff's Complaint allege violations of the Americans with Disabilities Act ("ADA"), as amended by the ADA Amendment Acts of 2008, 42 U.S.C. § 12101 *et seq*. *See* Plaintiff's Amended Compl. ¶¶ 54- 59; 71-75. Thus, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(b).

5. In addition to the claims raised under federal statutes, Counts IV and V of Plaintiff's Complaint allege violations of the Florida Civil Rights Act, Chapter 760, Florida Statutes. *See* Plaintiff's Amended Compl. ¶¶ 60- 70. All claims alleged in this action arise out of the same common nucleus of operative facts; namely, Plaintiff's employment with and separation from employment with Defendant. Therefore, this Court has supplemental jurisdiction over the state law claims raised in the Complaint as those claims are so related to the federal claims that they form part of the same case or controversy. Thus, Counts IV and V of the Complaint may be properly removed to this Court. *See* 28 U.S.C. § 1367(a).

6. The District and Division embracing the place where such action is pending is the United States District Court for the Middle District of Florida, Orlando Division. *See* 28 U.S.C.

§ 1441.

7.     Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written Notice of the Removal to the Plaintiff in this action and has filed a copy of this Notice of Removal in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.  A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit "C."**

8.     The required filing fee of $400.00 and an executed civil cover sheet accompany this Notice.

WHEREFORE, Defendant Sprint Corporation respectfully removes this action, pending in the Ninth Judicial Circuit Court of Orange County, Florida to the United States District Court in the Middle District Court of Florida, Orlando Division.

Dated this 28th day of May, 2019.

                Respectfully submitted,

                LITTLER MENDELSON, P.C.
                111 N. Magnolia Avenue, Suite 1250
                Orlando, Florida 32801-2366
                Telephone:   (407) 393-2900
                Facsimile:    (407) 393-2929

BY:     */s/ Nancy A. Johnson*
                Kimberly J. Doud, Esquire
                Florida Bar No.: 523771
                Email: kdoud@littler.com

                Nancy A. Johnson, Esquire
                Florida Bar No.:  0597562
                Email:  najohnson@littler.com

                Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a correct copy of the foregoing has been furnished electronic mail to: David V. Barszcz, Esquire, Mary E. Lytle, LYTLE & BARSZCZ, P.A., 543 N. Wymore Rd., Suite 103, Maitland, FL  32751, mlytle@jblaw.attorney, dbarszcz@lblaw.attorney.

> */s/ Nancy A. Johnson*
> Nancy A. Johnson, Esquire