UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARLOS VELEZ,

      Plaintiff,

v.             Case No:   6:19-cv-987-GAP-LRH

SPRINT/UNITED MANAGEMENT COMPANY,

      Defendant.

## ORDER

This cause comes before the Court on Defendant's Motion to Tax Costs (Doc. 51) filed December 29, 2020.

On March 30, 2021, the United States Magistrate Judge issued a report (Doc. 56) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Defendant's Motion to Tax Costs is **GRANTED IN PART and DENIED IN PART**.

3. Plaintiff's objections (Doc. 53) to the proposed bill of costs (Doc. 52) are **SUSTAINED in part**, and Defendant is awarded $4,281.90 in total costs, which is the sum of $400.00 in fees of the Clerk and $3,881.90 in fees for printed or electronically recorded transcripts necessarily obtained for use in the case.   All other cost requests are **DENIED**.

4. By May 4, 2021, the defendant shall file an amended bill of costs to reflect the categories and awarded amounts above, after which the Clerk shall tax such costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 20, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party